# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **PIERRE PRUITT,** § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **LEXINGTON LAW FIRM,** § <br> § <br> Defendant. § | Civil Action No. : 3:16-cv-03537-N |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: <u>March 16, 2017</u>　　　　　　　BY: */s/ Amy L. Bennecoff Ginsburg*
　　　　　　　　　　　　　　　　　　　　Amy L. Bennecoff Ginsburg, Esquire
　　　　　　　　　　　　　　　　　　　　Kimmel & Silverman, P.C
　　　　　　　　　　　　　　　　　　　　30 East Butler Pike
　　　　　　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　　　　　　Phone: (215) 540-8888
　　　　　　　　　　　　　　　　　　　　Facsimile: (215) 540-8817
　　　　　　　　　　　　　　　　　　　　Email: aginsburg@creditlaw.com
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 16th day of March, 2017, a true and correct copy of the foregoing pleading served via mail to the below:

Lexington Law Firm
360 North Cutler Drive
North Salt Lake UT 84054
Phone: (800) 768-2305

*/s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg, Esquire
Kimmel & Silverman, P.C
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (215) 540-8817
Email: aginsburg@creditlaw.com
Attorney for Plaintiff
